1
2
3
4                                              **E-FILED on 11/20/14**
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Cioffi,<br><br>                    Plaintiff,<br><br>v.<br><br>Alex and Marvalyn Jan Solomon, both individuals, Solomon Technology Solutions, Inc., a corporation, and Does 1 through 10,<br><br>                    Defendants. | Case No. 14-cv-04139-RMW<br><br>**] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT ORAL ARGUMENTS FOR PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION FOR CHANGE OF VENUE**<br><br>Date: November 21, 2014<br>Time: 9:00 a.m.<br>Courtroom: 6<br><br>Honorable Ronald M. Whyte |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PURSUANT TO Defendants Alex and Jan Solomon's and Solomon Technology Solutions, Inc.'s request for their counsel to appear telephonically for the oral arguments on Plaintiff's Motion to Remand and Defendants' Motion for Change of Venue currently scheduled for 9:00 a.m. on November 21, 2014.

**FOR GOOD CAUSE SHOWING, IT IS SO ORDERED**.

Dated: **11/20/14**                             _/s/ Ronald M. Whyte_____

                                                  Honorable Ronald M. Whyte
                                                  UNITED STATES DISTRICT COURT JUDGE

DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT ORAL ARGUMENTS FOR PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION FOR CHANGE OF VENUE                                                                    CV 14-04139-RMW